IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:

VICKIE LYNN MEGAHED                                              CASE NO.: 20-70362-FJS

DEBTOR                                                                         CHAPTER 13

### NOTICE OF MOTION TO APPROVE PURCHASE *NUNC PRO TUNC*

Vickie Lynn Megahed by and through Counsel, has filed documents with the Court to approve purchase in this Chapter 13 case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 7 days prior to the hearing on this motion, you or your attorney must:

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby St., 4th Fl.
> Norfolk, VA 23510

You must also mail a copy to:

> Genene E. Gardner, Esq.
> The Merna Law Group, P.C.
> 621 N. Lynnhaven Road
> Virginia Beach, VA 23452

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

        Kelly M. Barnhart
        Chapter 13 Trustee
        7021 Harbour View Blvd., Ste. 101
        Suffolk, VA 23435

        Vickie Lynn Megahed
        14 Wayland Drive
        Portsmouth, VA 23703

( )  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing relief requested, the court may grant the relief without holding a hearing.**

(X)  Attend the hearing on the motion (or objection) scheduled to be held on **Tuesday, April 2, 2024 at 10:00 a.m. Chief Judge Santoro's Courtroom, 600 Granby Street, 4th Floor, Courtroom 2, Norfolk, Virginia.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  February 27, 2024

Signature, name, address and telephone number of person giving notice:

/s/ Genene E. Gardner
Genene E. Gardner, Esq. VSB#72258
The Merna Law Group, P.C.
621 N. Lynnhaven Road
Virginia Beach, VA 23452
(757) 340-4895
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was transmitted electronically or sent by regular mail this 27th day of February 2024 to Kelly M. Barnhart, Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, VA 23435; Vickie Lynn Megahed, 14 Wayland Drive, Portsmouth, VA 23703; via certified mail to the federally insured deposit corporations as listed below and to all other parties of interest as listed on the attached mailing matrix.

        /s/ Genene E. Gardner
        Attorney for Debtor

**Genene E. Gardner, Esq., VSB#72258
The Merna Law Group, P.C.
621 N. Lynnhaven Road
Virginia Beach, VA 23452
Tel: (757) 340-4895
Fax: (757) 340-4894
E-mail: ggardner@mernalaw.com**

| | | |
|---|---|---|
| Comenity Bank<br>Ron Ostler, President<br>One Righter Parkway, Suite 100<br>Wilmington, DE  19803 | The Bank of Missouri<br>Adrian Breen, Chairman, Pres. & CEO<br>916 North Kings Highway<br>Perryville, MO 63775 | Freedom Mortgage*<br>CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>Glen Allen, VA 23060-0000 |
| JPMorgan Chase Bank, NA<br>James Dimon, CEO<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 | Capital One Financial Corporation<br>Richard Fairbank, Chairman, Pres. & CEO<br>1680 Capital One Drive, Suite 1400<br>McLean, VA 22102 | Lendmark Financial Services<br>c/o CT Corp System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |
| Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-0000 | Synchrony Financial<br>Margaret M. Keane, President & CEO<br>170 West Election Road, Suite 125<br>Draper, UT 84020 | USAA Savings Bank<br>Josue Robles, CEO<br>3773 Howard Hughes Parkway #190n<br>Las Vegas, NV 89109 |
| Wells Fargo<br>Thomas J. Sloan, Chairman & CEO<br>420 Montgomery Street<br>San Francisco, CA 94104 | | |

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

IN RE:

| | |
|---|---|
| **VICKIE LYNN MEGAHED** | **CASE NO.: 20-70362-FJS** |
| **DEBTOR** | **CHAPTER 13** |

### MOTION TO APPROVE PURCHASE *NUNC PRO TUNC*

NOW COMES the debtor, Vickie Lynn Megahed, by counsel, in support of the Motion states as follows:

1) This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on February 3, 2020 ("Filing Date").

2) An amended Chapter 13 plan was filed on August 31, 2022 and was confirmed on October 18, 2022.

3) That the debtor seeks approval, *nunc pro tunc*, to purchase and therefore submits this Motion for approval of the following terms:

   a. That the debtor requests approval to purchase a 2013 Hyundai Tucson in the amount of $6,200.00;

   b. That the vehicle was purchased on January 30, 2024 from third-party sellers, Brent and Meghan Hall.

   c. That the vehicle purchase was paid for with funds from a previous 401k loan;

4) That the debtor believes that this purchase was necessary, proper, and in her best interest.

5) That the deadline to file claims expired on April 13, 2020 for non-government claims and on August 3, 2020 for government claims.

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

WHEREFORE, the debtor respectfully requests that this Motion to Purchase.

be granted as requested and for the purposes hereinabove described.

Respectfully Submitted,

Vickie Lynn Megahed

By: /s/ Genene E. Gardner
Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was transmitted electronically or sent by regular mail this 27th day of February 2024 to Kelly M. Barnhart, Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, VA 23435; Vickie Lynn Megahed, 14 Wayland Drive, Portsmouth, VA 23703; via certified mail to the federally insured deposit corporations as listed below and to all other parties of interest as listed on the attached mailing matrix.

/s/ Genene E. Gardner
Attorney for Debtor

| | | |
|---|---|---|
| Comenity Bank<br>Ron Ostler, President<br>One Righter Parkway, Suite 100<br>Wilmington, DE 19803 | The Bank of Missouri<br>Adrian Breen, Chairman, Pres. & CEO<br>916 North Kings Highway<br>Perryville, MO 63775 | Freedom Mortgage*<br>CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>Glen Allen, VA 23060-0000 |
| JPMorgan Chase Bank, NA<br>James Dimon, CEO<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 | Capital One Financial Corporation<br>Richard Fairbank, Chairman, Pres. & CEO<br>1680 Capital One Drive, Suite 1400<br>McLean, VA 22102 | Lendmark Financial Services<br>c/o CT Corp System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |
| Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-0000 | Synchrony Financial<br>Margaret M. Keane, President & CEO<br>170 West Election Road, Suite 125<br>Draper, UT 84020 | USAA Savings Bank<br>Josue Robles, CEO<br>3773 Howard Hughes Parkway #190n<br>Las Vegas, NV 89109 |
| Wells Fargo<br>Thomas J. Sloan, Chairman & CEO<br>420 Montgomery Street<br>San Francisco, CA 94104 | | |

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

```
Label Matrix for local noticing          Aurora Financial Group, Inc            PRA Receivables Management LLC
0422-2                                   BWW Law Group, LLC                     POB 41067
Case 20-70362-FJS                        8100 Three Chopt Road                  Norfolk, VA 23541-1067
Eastern District of Virginia             Suite 240
Norfolk                                  Richmond, VA 23229-4833
Mon Mar 28 09:52:07 EDT 2022

United States Bankruptcy Court           ADS/Comenity/Wayfair                   ADS/Comenity/Woman Within
600 Granby St., Room 400                 P.O. Box 182789                        P.O. Box 182789
Norfolk, VA 23510-1915                   Columbus, OH 43218-2789                Columbus, OH 43218-2789


Ad Astra Recovery Service                Advance Financial 24/7                 Bank of Missouri/Total Card
7330 W. 33rd Street N. Ste 118           100 Oceanside Drive                    5109 S Broadband Lane
Wichita, KS 67205-9370                   Nashville, TN 37204-2351               Sioux Falls, SD 57108-2208


Bon Secours                              Bon Secours Maryview Medical           CB Indigo/GF
PO Box 1123                              PO Box 277199                          P.O. Box 4499
Minneapolis MN 55440-1123                Atlanta, GA 30384-7199                 Beaverton, OR 97076-4499


Cash Net USA                             (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC   Credit Control Corp
200 W. Jackson, Ste 1400                 ATTN BANKRUPTCY DEPARTMENT             P.O. Box 120568
Chicago, IL 60606-6929                   PO BOX 2340                            Newport News, VA 23612-0568
                                         PHOENIX AZ 85002-2340

Emergency Phys of Tidewater              Freedom Mortgage                       Freedom Mortgage Corporation
P.O. Box 7549                            6800 Southpoint Parkway                10500 Kincaid Drive, Suite 300
Portsmouth, VA 23707-0549                Fishers, IN 46037-0000                 Fishers, IN 46037-9764


Freedom Mortgage*                        (p)JPMORGAN CHASE BANK  N A            Kohls/Capital One
CT CORPORATION SYSTEM                    BANKRUPTCY MAIL INTAKE TEAM            PO Box 3115
4701 COX ROAD, SUITE 285                 700 KANSAS LANE FLOOR 01               Milwaukee, WI 53201-3115
Glen Allen, VA 23060-6808                MONROE LA 71203-4774


Lendmark Financial Services              (p)LENDMARK FINANCIAL SERVICES         MONTEREY FINANCIAL SERVICES LLC
142 Eastern Blvd                         2118 USHER ST                          C/O MERCHANTS CREDIT SOLUTIONS
Essex, MD 21221-7020                     COVINGTON GA 30014-2434                PO BOX 3664
                                                                                TUSTIN,CA 92781-3664


Maryview Medical Center                  Medical Transport                      Merchants Acceptance Corp
P.O. Box 277199                          P.O. Box 79865                         P.O. Box 50690
Atlanta, GA 30384-7199                   Baltimore, MD 21279-0865               Bellevue, WA 98015-0690


Monterey Financial Services              Net Credit                             Onemain
P.O. Box 2669                            200 W. Jackson Blvd.                   PO Box 3251
Carlsbad, CA 92018-2669                  Ste 1400                               Evansville, IN 47731-3251
                                         Chicago, IL 60606-6929
```

| | | |
|---|---|---|
| Onemain Financial<br>P.O. Box 1010<br>Evansville, IN 47706-1010 | Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-6802 | Otolaryngology<br>PO Box 936<br>Norfolk, VA 23501-0936 |
| PayPal<br>P.O. Box 660433<br>Dallas, TX 75266-0000 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portsmouth Fire Rescue & Emerg<br>P.O. Box 75894<br>Baltimore, MD 21275-5894 |
| QVC<br>Studio Park<br>West Chester, PA 19380-4262 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| ROI<br>P.O. Box 549<br>Lutherville Timonium, MD 21094-0549 | SYNCB/PPC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Sentara<br>P.O. Box 1875<br>Norfolk, VA 23501-1875 |
| Shafer Law Firm<br>2000 Riveredge Parkway<br>Suite 590<br>Atlanta, GA 30328-4618 | Shiva Finance, LLC<br>Advance Financial<br>c/o Glen C. Watson, III<br>P.O. Box 121950<br>Nashville, TN 37212-1950 | Speedy Cash<br>4915 Moreno Avenue<br>Montclair, CA 91763-1522 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TBOM/ATLS/Fortiva MC<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | WF CRD SVC<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| WF PLL<br>P.O. Box 94435<br>Albuquerque, NM 87199-4435 | Genene E. Gardner<br>The Merna Law Group<br>621 N. Lynnhaven Road<br>Virginia Beach, VA 23452-5809 | John P. Fitzgerald, III<br>Office of the U.S. Trustee, Region 4 -N<br>200 Granby Street, Room 625<br>Norfolk, VA 23510-1819 |
| R. Clinton Stackhouse Jr.<br>Chapter 12/13 Trustee<br>341 Dial 866-619-3642 Code: 3054410<br>7021 Harbour View Boulevard Suite 101<br>Suffolk, VA 23435-2869 | Vickie Lynn Megahed<br>14 Wayland Drive<br>Portsmouth, VA 23703-4232 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Consolidation Plus<br>1875 South Grant Street<br>Suite 400<br>San Mateo, CA 94402-0000 | (d)Consolidation Plus<br>Attn Bankruptcy Dept<br>POBox 2340<br>Phoenix, AZ 85002-2340 | (d)Freedom Financial Asset<br>1875 S Grant Street<br>Suite 400<br>San Mateo, CA 94402-0000 |
| JPMCB Card Services<br>P.O. Box 15369<br>Wilmington, DE 19850-0000 | Lendmark Financial Services LLC<br>2118 Usher Street<br>Covington, Georgia 30014 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56