IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:

VICKIE LYNN MEGAHED                                   CASE NO.: 20-70362-FJS

DEBTOR                                                CHAPTER 13

### NOTICE OF MOTION TO APPROVE PURCHASE *NUNC PRO TUNC*

Vickie Lynn Megahed by and through Counsel, has filed documents with the Court to approve purchase in this Chapter 13 case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 7 days prior to the hearing on this motion, you or your attorney must:

File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby St., 4th Fl.
> Norfolk, VA 23510

You must also mail a copy to:

> Genene E. Gardner, Esq.
> The Merna Law Group, P.C.
> 621 N. Lynnhaven Road
> Virginia Beach, VA 23452

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

Kelly M. Barnhart
Chapter 13 Trustee
7021 Harbour View Blvd., Ste. 101
Suffolk, VA 23435

Vickie Lynn Megahed
14 Wayland Drive
Portsmouth, VA 23703

( )  Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing relief requested, the court may grant the relief without holding a hearing.**

**(X)**  Attend the hearing on the motion (or objection) scheduled to be held on **Tuesday, April 2, 2024 at 10:00 a.m. Chief Judge Santoro's Courtroom, 600 Granby Street, 4th Floor, Courtroom 2, Norfolk, Virginia.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date:  February 27, 2024 | Signature, name, address and telephone number of person giving notice: |
| | /s/ Genene E. Gardner |
| | Genene E. Gardner, Esq. VSB#72258 |
| | The Merna Law Group, P.C. |
| | 621 N. Lynnhaven Road |
| | Virginia Beach, VA 23452 |
| | (757) 340-4895 |
| | Attorney for Debtor |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was transmitted electronically or sent by regular mail this 27th day of February 2024 to Kelly M. Barnhart, Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, VA 23435; Vickie Lynn Megahed, 14 Wayland Drive, Portsmouth, VA 23703; via certified mail to the federally insured deposit corporations as listed below and to all other parties of interest as listed on the attached mailing matrix.

/s/ Genene E. Gardner
Attorney for Debtor

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

| | | |
|---|---|---|
| Comenity Bank<br>Ron Ostler, President<br>One Righter Parkway, Suite 100<br>Wilmington, DE  19803 | The Bank of Missouri<br>Adrian Breen, Chairman, Pres. & CEO<br>916 North Kings Highway<br>Perryville, MO 63775 | Freedom Mortgage*<br>CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>Glen Allen, VA 23060-0000 |
| JPMorgan Chase Bank, NA<br>James Dimon, CEO<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 | Capital One Financial Corporation<br>Richard Fairbank, Chairman, Pres. & CEO<br>1680 Capital One Drive, Suite 1400<br>McLean, VA 22102 | Lendmark Financial Services<br>c/o CT Corp System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |
| Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-0000 | Synchrony Financial<br>Margaret M. Keane, President & CEO<br>170 West Election Road, Suite 125<br>Draper, UT 84020 | USAA Savings Bank<br>Josue Robles, CEO<br>3773 Howard Hughes Parkway #190n<br>Las Vegas, NV 89109 |
| Wells Fargo<br>Thomas J. Sloan, Chairman & CEO<br>420 Montgomery Street<br>San Francisco, CA 94104 | | |

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:

VICKIE LYNN MEGAHED                                           CASE NO.: 20-70362-FJS

DEBTOR                                                        CHAPTER 13

### MOTION TO APPROVE PURCHASE *NUNC PRO TUNC*

NOW COMES the debtor, Vickie Lynn Megahed, by counsel, in support of the Motion states as follows:

1) This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on February 3, 2020 ("Filing Date").

2) An amended Chapter 13 plan was filed on August 31, 2022 and was confirmed on October 18, 2022.

3) That the debtor seeks approval, *nunc pro tunc*, to purchase and therefore submits this Motion for approval of the following terms:

    a. That the debtor requests approval to purchase a 2013 Hyundai Tucson in the amount of $6,200.00;

    b. That the vehicle was purchased on January 30, 2024 from third-party sellers, Brent and Meghan Hall.

    c. That the vehicle purchase was paid for with funds from a previous 401k loan;

4) That the debtor believes that this purchase was necessary, proper, and in her best interest.

5) That the deadline to file claims expired on April 13, 2020 for non-government claims and on August 3, 2020 for government claims.

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

WHEREFORE, the debtor respectfully requests that this Motion to Purchase.

be granted as requested and for the purposes hereinabove described.

        Respectfully Submitted,

        Vickie Lynn Megahed

        By: /s/ Genene E. Gardner
        Attorney for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was transmitted electronically or sent by regular mail this 27th day of February 2024 to Kelly M. Barnhart, Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, VA 23435; Vickie Lynn Megahed, 14 Wayland Drive, Portsmouth, VA 23703; via certified mail to the federally insured deposit corporations as listed below and to all other parties of interest as listed on the attached mailing matrix.

        /s/ Genene E. Gardner
        Attorney for Debtor

| | | |
|---|---|---|
| Comenity Bank<br>Ron Ostler, President<br>One Righter Parkway, Suite 100<br>Wilmington, DE 19803 | The Bank of Missouri<br>Adrian Breen, Chairman, Pres. & CEO<br>916 North Kings Highway<br>Perryville, MO 63775 | Freedom Mortgage*<br>CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>Glen Allen, VA 23060-0000 |
| JPMorgan Chase Bank, NA<br>James Dimon, CEO<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 | Capital One Financial Corporation<br>Richard Fairbank, Chairman, Pres. & CEO<br>1680 Capital One Drive, Suite 1400<br>McLean, VA 22102 | Lendmark Financial Services<br>c/o CT Corp System<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |
| Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-0000 | Synchrony Financial<br>Margaret M. Keane, President & CEO<br>170 West Election Road, Suite 125<br>Draper, UT 84020 | USAA Savings Bank<br>Josue Robles, CEO<br>3773 Howard Hughes Parkway #190n<br>Las Vegas, NV 89109 |
| Wells Fargo<br>Thomas J. Sloan, Chairman & CEO<br>420 Montgomery Street<br>San Francisco, CA 94104 | | |

**Genene E. Gardner, Esq., VSB#72258**
**The Merna Law Group, P.C.**
**621 N. Lynnhaven Road**
**Virginia Beach, VA 23452**
**Tel: (757) 340-4895**
**Fax: (757) 340-4894**
**E-mail: ggardner@mernalaw.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-2<br>Case 20-70362-FJS<br>Eastern District of Virginia<br>Norfolk<br>Mon Mar 28 09:52:07 EDT 2022 | Aurora Financial Group, Inc<br>BWW Law Group, LLC<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| United States Bankruptcy Court<br>600 Granby St., Room 400<br>Norfolk, VA 23510-1915 | ADS/Comenity/Wayfair<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | ADS/Comenity/Woman Within<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Ad Astra Recovery Service<br>7330 W. 33rd Street N. Ste 118<br>Wichita, KS 67205-9370 | Advance Financial 24/7<br>100 Oceanside Drive<br>Nashville, TN 37204-2351 | Bank of Missouri/Total Card<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2208 |
| Bon Secours<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Bon Secours Maryview Medical<br>PO Box 277199<br>Atlanta, GA 30384-7199 | CB Indigo/GF<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| Cash Net USA<br>200 W. Jackson, Ste 1400<br>Chicago, IL 60606-6929 | (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | Credit Control Corp<br>P.O. Box 120568<br>Newport News, VA 23612-0568 |
| Emergency Phys of Tidewater<br>P.O. Box 7549<br>Portsmouth, VA 23707-0549 | Freedom Mortgage<br>6800 Southpoint Parkway<br>Fishers, IN 46037-0000 | Freedom Mortgage Corporation<br>10500 Kincaid Drive, Suite 300<br>Fishers, IN 46037-9764 |
| Freedom Mortgage*<br>CT CORPORATION SYSTEM<br>4701 COX ROAD, SUITE 285<br>Glen Allen, VA 23060-6808 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| Lendmark Financial Services<br>142 Eastern Blvd<br>Essex, MD 21221-7020 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | MONTEREY FINANCIAL SERVICES LLC<br>C/O MERCHANTS CREDIT SOLUTIONS<br>PO BOX 3664<br>TUSTIN,CA 92781-3664 |
| Maryview Medical Center<br>P.O. Box 277199<br>Atlanta, GA 30384-7199 | Medical Transport<br>P.O. Box 79865<br>Baltimore, MD 21279-0865 | Merchants Acceptance Corp<br>P.O. Box 50690<br>Bellevue, WA 98015-0690 |
| Monterey Financial Services<br>P.O. Box 2669<br>Carlsbad, CA 92018-2669 | Net Credit<br>200 W. Jackson Blvd.<br>Ste 1400<br>Chicago, IL 60606-6929 | Onemain<br>PO Box 3251<br>Evansville, IN 47731-3251 |

| | | |
|---|---|---|
| Onemain Financial<br>P.O. Box 1010<br>Evansville, IN 47706-1010 | Onemain Financial*<br>CT CORPORATION SYSTEM<br>4701 COX RD STE 301<br>Glen Allen, VA 23060-6802 | Otolaryngology<br>PO Box 936<br>Norfolk, VA 23501-0936 |
| PayPal<br>P.O. Box 660433<br>Dallas, TX 75266-0000 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portsmouth Fire Rescue & Emerg<br>P.O. Box 75894<br>Baltimore, MD 21275-5894 |
| QVC<br>Studio Park<br>West Chester, PA 19380-4262 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| ROI<br>P.O. Box 549<br>Lutherville Timonium, MD 21094-0549 | SYNCB/PPC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Sentara<br>P.O. Box 1875<br>Norfolk, VA 23501-1875 |
| Shafer Law Firm<br>2000 Riveredge Parkway<br>Suite 590<br>Atlanta, GA 30328-4618 | Shiva Finance, LLC<br>Advance Financial<br>c/o Glen C. Watson, III<br>P.O. Box 121950<br>Nashville, TN 37212-1950 | Speedy Cash<br>4915 Moreno Avenue<br>Montclair, CA 91763-1522 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TBOM/ATLS/Fortiva MC<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| USAA Savings Bank<br>PO Box 33009<br>San Antonio, TX 78265-3009 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | WF CRD SVC<br>Po Box 14517<br>Des Moines, IA 50306-3517 |
| WF PLL<br>P.O. Box 94435<br>Albuquerque, NM 87199-4435 | Genene E. Gardner<br>The Merna Law Group<br>621 N. Lynnhaven Road<br>Virginia Beach, VA 23452-5809 | John P. Fitzgerald, III<br>Office of the U.S. Trustee, Region 4 -N<br>200 Granby Street, Room 625<br>Norfolk, VA 23510-1819 |
| R. Clinton Stackhouse Jr.<br>Chapter 12/13 Trustee<br>341 Dial 866-619-3642 Code: 3054410<br>7021 Harbour View Boulevard Suite 101<br>Suffolk, VA 23435-2869 | Vickie Lynn Megahed<br>14 Wayland Drive<br>Portsmouth, VA 23703-4232 | |

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Consolidation Plus<br>1875 South Grant Street<br>Suite 400<br>San Mateo, CA 94402-0000 | (d)Consolidation Plus<br>Attn Bankruptcy Dept<br>POBox 2340<br>Phoenix, AZ 85002-2340 | (d)Freedom Financial Asset<br>1875 S Grant Street<br>Suite 400<br>San Mateo, CA 94402-0000 |
| JPMCB Card Services<br>P.O. Box 15369<br>Wilmington, DE 19850-0000 | Lendmark Financial Services LLC<br>2118 Usher Street<br>Covington, Georgia 30014 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56